# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

130768

HERBERT W.G. CLANTON,
      Plaintiff-Appellant,

v

WAYNE CIRCUIT JUDGE,
      Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130768
COA: 266447
Wayne CC: 03-335443-AW

On order of the Court, the application for leave to appeal the December 19, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

s0522

Clerk